# THE ATTORNEY GENERAL
# OF TEXAS



**WILL WILSON**
**ATTORNEY GENERAL**

May 28, 1957.

Honorable Robert S. Calvert
Comptroller of Public Accounts
Capitol Station
Austin, Texas

Opinion No. WW 142

Re: Construction of Appro-
priation contained in
Section 7 of Senate
Bill 222 of the 55th
Legislature -- the
insurance reorganization
bill.

Dear Mr. Calvert:

  Your request for an opinion on the certification of
Senate Bill 222 reads as follows:

    "I have before me Senate Bill No. 222 for
certification under Section 49a of Article III
of the State Constitution. Before placing my
certificate upon this bill, I desire your inter-
pretation of the language in Sec. 7 thereof,
which is quoted, in part, below:

      'There is hereby appropriated to the State
Building Commission for the period of time
beginning September 1, 1957, and ending
August 31, 1959, to obtain a site, plan,
design, construct and equip an office build-
ing or otherwise obtain adequate housing
facilities to house the State Board of
Insurance, its offices and employees, all
unexpended balances on hand or in special
funds credited to the State Board of
Insurance Commissioners or the State Board
of Insurance on August 31, 1957, <u>and all
revenues received by the State Board of
Insurance from any source whatsoever</u>, except
monies from the General Revenue Fund and
monies appropriated exclusively for other
purposes in the General Appropriation Bill
for the fiscal years ending August 31, 1958
and August 31, 1959.' (Underscoring supplied).

    "The specific question before me is whether or
not the revenues derived under Articles 7064 and

7064a of the Revised Civil Statutes are included in the language underscored above, and, if so, do such revenues come within the exception quoted."

Article 7064 Vernon's Civil Statutes, provides, in part, as follows:

"Upon receipt by the Board of Insurance Commissioners of the sworn statements, showing the gross premium receipts by such insurance carriers, the Board of Insurance Commissioners shall certify to the State Treasurer the amount of taxes due by each insurance carrier which tax shall be paid to the State Treasurer on or before the first day of March following, and the Treasurer shall issue his receipt to such carrier, which shall be evidence of the payment of such taxes. No such insurance carrier shall receive a permit to do business in this State until all such taxes are paid." (Emphasis ours.)

Article 7064a Vernon's Civil Statutes provides, in part, as follows:

"Upon receipt by it of the sworn statement above provided, the Board of Insurance Commissioners shall certify to the State Treasurer the amount of Taxes due by such insurance organization which shall be paid to the State Treasurer on or before the 15th day of March, following, and the State Treasurer shall issue his receipt therefor as evidence of the payment of such tax." (Emphasis ours.)

Since the revenue derived under Article 7064 and Article 7064a are taxes required to be paid to the State Treasurer, such revenues are not revenues received by the State Board of Insurance.

### SUMMARY

Revenues derived under Articles 7064 and 7064a, Vernon's Civil Statutes, are not appropriated to the State Building Commission in Section 7 of Senate Bill 222 of the 55th Legislature since such revenues are taxes to be paid to the State Treasurer and are not revenues received by the State Board of Insurance.

Yours very truly,

WILL WILSON
Attorney General of Texas

By John Reeves
John Reeves
Assistant

JR:jas: rh

APPROVED:

OPINION COMMITTEE
H. Grady Chandler, Chairman
J. C. Davis, Jr.
Wayland C. Rivers, Jr.
B H. Timmins, Jr.

REVIEWED FOR THE ATTORNEY GENERAL

By:   Geo. P. Blackburn